**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| DMITRY PRONIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:19-CV-392 |
| | § | |
| S. PENRY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Dmitry Pronin, a federal prisoner, proceeding *pro se* and *in forma pauperis*, brought this civil rights action pursuant to *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against S. Penry, First Name Unknown (FNU) Van Ness, FNU Tenner, Carlos Hadnot, FNU High, Toby Lynum, FNU Jones, FNU Halzapfel, Dallas Jones, mail room employees, United States postal workers, Regional Director of the Bureau of Prisons, Director of the Bureau of Prisons, Frank Lara, FNU Cutright, FNU Cotter, FNU Fougua, FNU Craig, FNU Ong, FNU Mario, and Charles Daniels.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends dismissing the action pursuant to 28 U.S.C. § 1915(e) for failure to state a claim on which relief may be granted.  To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available

evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#44) is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 5th day of June, 2024.


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE